[No. 58574-6-I. Division One. December 10, 2007.]

*In the Matter of the Detention of* GARTH SNIVELY, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-07258-1, Richard J. Thorpe, J., entered July 17, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Grosse, J.

[No. 58698-0-I. Division One. December 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL JAMES DAVIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-08735-4, Julie A. Spector, J., entered August 14, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Agid, JJ.

[Nos. 58815-0-I; 58983-1-I; Division One. December 10, 2007.]
59319-6-I.

*In the Matter of the Marriage of* REBECCA GARTH, *Respondent*, and KEITH BROWN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 98-3-00150-3, Cheryl B. Carey, J., entered August 21, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.

[No. 58844-3-I. Division One. December 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE R. LACONTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-05801-1, LeRoy McCullough, J., entered September 15, 2006. *Affirmed* by unpublished per curiam opinion.